AMERICAN TRUCKING ASSOCIATIONS, INC. *v.*
UNITED STATES ET AL.

No. 1046.   Decided May 15, 1967.

*Peter T. Beardsley* and *Harry J. Jordan* for appellant.

*Solicitor General Marshall, Assistant Attorney General
Turner, Howard E. Shapiro, Robert W. Ginnane* and
*Leonard S. Goodman* for the United States et al., *Gerald
E. Dwyer* and *Kenneth H. Lundmark* for New York
Central Transport Co., and *Martin L. Cassell, Theodore E.
Desch* and *Walter J. Myskowski* for Rock Island Motor
Transit Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.